

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00494-CV

**UNITED PARCEL SERVICE, INC.** and Roland Leal,
Appellants

v.

Robert Scott **RANKIN** and Rachelle Rankin, individually and as next friend for Avery Rankin, Kara Rankin, and Samuel Rankin, minors,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-07922
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Appellants United Parcel Service, Inc. and Roland Leal.

SIGNED June 3, 2015.

_____
Karen Angelini, Justice